# CIVIL RIGHTS COMPLAINT FORM

**FILED**

**JAN 0 4 2008**

FOR USE IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE**

District of Columbia

_____ **DIVISION**

*#05711-068*

1. FREDERICK H. BANKS ©®  ,

2. UNIT 2A  ,

3. POB 5000     Yazoo City MSi 39194

(Enter the full name of each plaintiff,
plus inmate number (if applicable).
Begin the name of each plaintiff on a new
line. The entire name of each party
should be in capital letters.
Descriptive terms such as a party's title
or job position should be in normal
case.)

vs.

1. FEDERAL BUREAU OF PRISONS  ,

2. Gerald Bratcher; McCutchon  ,

3. WRIGHT  ,

4. Harley Lappin  .

(Enter the full name of each defendant in
the same manner as above. If additional
space is required, use the blank area
directly to the right.)

Case: 1:08-cv-00018
Assigned To : Unassigned
Assign. Date : 01/04/2008
Description: Pro Se Gen. Civil

CASE RE-ASSIGNED
FEB 27 2008
TO: SULLIVAN, J. EGS

(Privacy Act 5 USC § 552a Complaint)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

**RECEIVED**

NOV - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Revised 2/97

## I.  PLAINTIFFS:

State your <u>full name</u>, inmate number, and full a mailing address in the lines below.  Include the name of the institution in which you are confined.  Do the same for any additional Plaintiffs:

    (A)   Plaintiff's name: Frederick H. Banks (c)(a)

           Plaintiff's inmate number: 05711-068

           Prison or jail: FCC Yazoo City (Low)

           Mailing address: Po Box 5080

                               Yazoo City, MS 39194

## II.  DEFENDANTS:

State the <u>full name</u> of the defendant, official position, mailing address, and place of employment.  Do the same for <u>**every**</u> defendant.

(1)   Defendant's name: Federal Bureau of Prison's / Horley Lappin

      Official position: Agency / Director

      Mailing address: 320 First Street, NW., Washington DC. 20534

      Employed at: Federal Bureau of Prison's

(2)   Defendant's name: Gerald Bratcher

      Official position: Education Supervisor

      Mailing address: 2225 Haley Barbour Parkway, Yazoo city, MS 39194

      Employed at: FBOP Yazoo city (Low)

(3)   Defendant's name: Wright / McCutchon

      Official position: Education

      Mailing address: 2225 Haley Barbour Parkway, Yazoo city, MS 39194

      Employed at: FBOP Yazoo city (Low)

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

Revised 2/97                 2

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES:

NOTE: THE COURT WILL NOT ACCEPT THE COMPLAINT FOR FILING UNTIL PLAINTIFF(S) FILL OUT THE FOLLOWING REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES. UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 42 U.S.C. § 1997e (AS AMENDED), THIS COMPLAINT IS SUBJECT TO DISMISSAL IF THE CLAIMS PRESENTED HAVE NOT BEEN PROPERLY EXHAUSTED.

A. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FEDERAL BUREAU OF PRISONS?

Yes( ✓ )          No( )

[If your answer is YES, answer all the questions in this subsection. If your answer is NO, proceed to section IV.]

Exhaustion of administrative remedies pursuant to 28 C.F.R. part 542 is required prior to pursuing a civil action concerning events occurring within the Federal Bureau of Prisons. Any required grievances, appeals, and responses **must** be submitted to the Court to verify exhaustion. Each plaintiff must complete a separate Section III.

**EXHAUSTION STEPS TAKEN:**

1. Informal Resolution.

   a. Did you attempt to informally resolve the issue with the appropriate staff member according to procedures established at the institution?

   Yes( )          No( ✓ )

   b. If so, you must attach to this complaint form a copy of any grievance forms and responses.

   *Exhausted remedies by submitting Privacy Act requests to central office and appeal.*

2. Disciplinary Hearing.

   a. Did you have a disciplinary hearing concerning this matter?

   Yes( )          No( ✓ )

   b. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this complaint form.

Revised 2/97                    3

3.    Formal Grievances and Appeals.

a.    Did you submit a formal Administrative Remedy Request at the institution [form BP-9]?

Yes( )                    No( ✓ ) Exhausted on all claims
                                    under Privacy Act.

b.    If so, you must attach a copy of the grievance and response to this complaint form.

c.    Did you file an appeal regarding the response to your grievance [forms BP-10 and BP-11]?

d.    If so, you must attach a copy of the appeal(s) and response(s) to this complaint form.


## IV.    WORK-RELATED INJURIES

A. Are you suing for a work-related injury?  Yes ( )  No ( ✓ )

B. If your answer is yes, in the Statement of Facts section below, state the nature of the duties you were performing when the injury occurred.


## V.    PREVIOUS LAWSUITS

NOTE: UNDER THE PRISON LITIGATION REFORM ACT OF 1995, 28 U.S.C. § 1915 (AS AMENDED), NO PRISONER SHALL BRING A CIVIL ACTION OR APPEAL A JUDGMENT IN A CIVIL ACTION UNDER 28 U.S.C. § 1915 IF THE PRISONER HAS, ON 3 OR MORE PRIOR OCCASIONS, WHILE INCARCERATED OR DETAINED IN ANY FACILITY, BROUGHT AN ACTION OR APPEAL IN A COURT OF THE UNITED STATES THAT WAS DISMISSED ON THE GROUNDS THAT IT IS FRIVOLOUS, MALICIOUS, OR FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, UNLESS THE PRISONER IS UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY. THEREFORE, IT IS EXTREMELY IMPORTANT THAT THIS SECTION BE COMPLETED IN **THE MOST TRUTHFUL AND COMPLETE MANNER POSSIBLE.** FAILURE TO GIVE COMPLETE AND TRUTHFUL INFORMATION ABOUT PRIOR CASES CAN RESULT IN THE **DISMISSAL** OF THIS ACTION.

A.    Have you initiated other actions in federal court dealing with the same or underlined similar facts or issues as involved in this action?    Yes( )    No( ✓ )

B.    If your answer to (A) is YES, describe each action in the space provided on the following page.  If there is more than one action, describe all additional actions on a separate piece of paper, using the same format as below.

(1)· Parties to previous action:

Plaintiff(s):

Defendant(s):

(2)    Court (name the district):

(3)    Docket Number:

(4)    Name of Judge:

(5)    Briefly describe the facts and basis of the action:

(6)    Disposition (Was the case dismissed?  If so, why?
Did you appeal?  What result?):

(7)    Approximate filing date:

(8)    Approximate disposition date:

C.    Have you initiated other actions (other than those listed
in (A)) in state or federal court relating to the fact or
manner of your imprisonment or the conditions of your
imprisonment?   Yes( )   No( )   *N/A - Privacy Act suit*

D.    If your answer to (C) is YES, describe each action in the
spaces below.  Attach additional pages if necessary.

(1)    Court (if federal court, name the district; if
state, name the county):

(2)    Docket Number:

(3)    Parties to the previous action

Plaintiff(s):

Defendant(s):

(4)    Is it still pending?   Yes( )   No ( )

(5)    Basis of action:

## VI.  STATEMENT OF FACTS:

Using numbered paragraphs, state as briefly as possible the **FACTS** of your case.   Describe how <u>each</u> defendant was involved and what each did or did not do to give rise to your claim.   Include the names of persons involved, dates, times, and places.   State exactly what happened.   **DO NOT make any legal arguments or cite any cases or statutes.**   You may make copies of these pages and attach additional sheets of paper if needed:

During September and October of 2007 Banks propounded a request to the Federal Bureau of Prisons director Harley Lappin and to Gerald Bratcher, Wright and McCutchon through an inmate request to staff members Banks requested every document about him pertaining to him or that mentioned his name. Banks confirmed that education staff had records responsive to his request many of these records were contained on the Bop's computer system as education or sentry records. This request was made under the Privacy Act Defendants denied the requests. Banks appealed the denial to the central office director Harley Lappin. Lappin construed the Appeal as another request and denied it. For the convenience of the Court and parties Banks has attached copies of the requests and Appeal hereto as exhibit A + B. The Defendants refusal to provide the Privacy Act records constituted an adverse determination against Banks.

**VII.   STATEMENT OF CLAIM:**

State as briefly as possible what rights under the Constitution, laws, or treaties of the United States you claim have been violated.  Be specific.  Number each separate claim, and relate each claim to the facts in the complaint.  If the claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

Counts 1 - 1000

Paragraphs 1-6 are hereby incorporated by reference and realleged as if fully set forth again.

Banks propounded a request for education records under the Privacy Act 5 USC 552a. Defendants did not provide the requested records. Banks has a right to the records he requested under the Privacy Act and was damaged by not receiving the records he is entitled to.

Count 1001 - 2000

Paragraphs 1 through 7 are hereby incorporated by reference and realleged as if fully set forth again.

Defendants refusal to provide Banks with his Privacy Act Records constituted an adverse determination against Banks. Defendants actions were willfull, knowing, intelligent, purposeful, malicious and intentional and since Defendants are holding hostage records Banks is entitled to he was damaged. Defendants are liable to Banks in the amount of $80,000,000.00 pursuant to 5 USC 552a plus costs interest and fees.

**VIII.    RELIEF REQUESTED:**

State briefly what relief you seek from this court.  Do not make any legal arguments or cite any cases.  You may, if you wish, cite statutes which authorize the relief requested, but need not do so.

Immediate release to Banks of all requested records after an adequate search is conducted, that Judgment be entered for Banks and against Defendants in the Sum certain amount of $80,000,000.00 plus costs, Interest and fees along with injunctive and declaratory relief to end the recurring violations.

**IX.    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

Signed this ___29th___ day of ___October___, 200 7 .

_(signature)_ c/o ©

**(Signature(s) of Plaintiff(s))**

Revised 2/97                    8

Frederick Banks
# 05711-068
Unit 2A
PO BOX 5000
Yazoo City, MS 39194
Date of Birth: 9/10/67
SS# 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


Harley Lappin, Director
Federal Bureau of Prisons
320 First Street, NW.
Washington, DC. 20534

Mr. Lappin,          RE: Privacy Act Appeal

This is an appeal under the Privacy Act contained in 5 USC 552a based upon the denial of requested records from your agency. I appeal the improper withholding of agency records.

I have received a response to my inmate request to staff member dated 10/3/07 denying my request in full, a copy which is attached.

I wish to appeal the denial of the requested records on the following grounds:

No specific exemptions given;

No allegation that adequate search was conducted

I personally requested a copy of "The Charter of the Woods" to education via Cop out and did not receive a response, which is a record.

I have personally confirmed that computer documents and records exist on me responsive to my request.

Since I am entitled to the records under 5 USC 552a the records must be released

Sincerely,

Frederick Banks (c)(TM),
Agent.
FOR FREDERICK H. BANKS (c)(TM)

Received

OCT 19 2007
FOIA/PA Section
Federal Bureau of Prison

Exhibit A

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Education | DATE: 10/3/07 |
|---|---|
| FROM: Frederick Banks | REGISTER NO.: 05711-068 |
| WORK ASSIGNMENT: Privacy Act request 5 USC 552a | UNIT: 2An |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Pursuant to the Privacy Act of 1974 (5 USC 552a) I request a copy of every document in the Education Department about me, that pertains to me or that mentions my name furnished within 20 days of the date of this request. Failure to timely respond to this request point for point constitutes acceptance and the above listed parties hereby waive all defenses under the Prison Litigation Reform Act, Fed R. Civ. Procedure 12, summary judgment, personal and subject matter jurisdiction and any qualified immunity or any other immunity defense in any subsequent actions brought. I have also forwarded a copy of this request to the central director, Federal Bureau of Prisons, 320 First Street, NW, Washington DC 20534. Failure to respond also constitutes a waiver of listed defenses for the Department of Justice and any venue Banks may choose. (Certificate of Identity Attached)

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | Exhibit B |

...ord Copy - File; Copy - Inmate
...s form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APP...