UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FREDERICK BANKS,           )
                           )
           Plaintiff,      )
                           )
v.                         )   Civil Action No. 08-0018
                           )
FEDERAL BUREAU OF PRISONS, )
                           )
           Defendant.      )

## ORDER

This matter is before the Court on initial consideration of plaintiff's *pro se* complaint. This case proceeds against the Federal Bureau of Prisons under the Privacy Act, see 5 U.S.C. § 552a. The Act applies only to federal government agencies, not to federal government employees or officials. See 5 U.S.C. §§ 552(f)(1), 552a(a)(1); *Mittleman v. United States Treasury*, 773 F. Supp. 442, 450 (D.D.C. 1991) (dismissing all Privacy Act claims against defendants other than federal agencies); see also *Connelly v. Comptroller of the Currency*, 876 F.2d 1209, 1215 (5th Cir. 1989) (concluding that individuals are not liable for damages under the Privacy Act because civil action is filed against the agency)

Accordingly, it is hereby

ORDERED that Gerald Bratcher, "McCutchon," "Wright," and Harley Lappin are DISMISSED WITH PREJUDICE as parties to this action.

SO ORDERED.

DATE: 2/8/08

United States District Judge