UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK BANKS          )
                         )
    Plaintiff            )
                         )           Civil Action No. 08- 018 EGS
    v                    )
                         )
FEDERAL BUREAU OF PRISONS )
    Defendant

REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on February 27, 2008 from Unassigned (9098)

to Judge Sullivan because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:    Judge Sullivan
& Courtroom Deputy
Civil Case Processing Clerk
    Statistical