UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FREDERICK BANKS** <br> #05711-068 <br> FCC Yazoo City (Low) <br> P.O. Box 5000 <br> Yazoo City, MS 39194 <br><br>            **Plaintiff,** <br><br>         v. <br><br> **FEDERAL BUREAU OF PRISONS,** <br> 320 First Street, N.W. <br> Washington, DC 20534 <br><br> **HARLEY LAPPIN**, **DIRECTOR** <br> 320 First Street, N.W. <br> Washington, DC 20534 <br><br> **GERALD BRATCHER** <br>  Education Supervisor <br> 2225 Haley Barbour Parkway <br> Yazoo City, MS 39194 <br><br> **Wright/McCutchon** <br>  Education <br> 2225 Haley Barbour Parkway <br> Yazoo City, MS 39194 <br><br>            **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br><br> Civil   Action No. 08-0018 (EGS) <br> Electronic Case Filing |

## NOTICE OF APPEARANCE

      **THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Mercedeh Momeni**  as counsel for the defendant in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.   20530
(202) 305-4851
(202) 514-8780 (facsimile)

Case 1:08-cv-00018-EGS   Document 10   Filed 04/01/2008   Page 2 of 3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of April 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon plaintiff by first class United States mail, postage prepaid marked for delivery to:

> **FREDERICK BANKS**
> #05711-068
> FCC Yazoo City (Low)
> P.O. Box 5000
> Yazoo City, MS 39194

> \_\_/s/_____
> MERCEDEH MOMENI
> Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, D.C.  20530
> (202) 305-4851
> (202) 514-8780 (facsimile)