UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FREDERICK BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0018 (EGS) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed a motion to reconsider the Order granting plaintiff's motion for leave to proceed *in forma pauperis* on the ground that plaintiff has accumulated more than "three strikes" under the Prison Litigation Reform Act, *see* 28 U.S.C. § 1915(g). Before the Court rules on the motion, plaintiff will have an opportunity to respond. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453 (D.C. Cir. 1992). Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, the petitioner is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire....

Fed. R. Civ. P. 6(d).

The Court may treat as conceded any motion not opposed within the time limits outlined above. *Fox*, 837 F.2d at 509. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that plaintiff shall file an opposition or other response to defendant's motion for reconsideration by **June 3, 2008**. If plaintiff fails to respond by this date, the Court may treat the motion as conceded.

SO ORDERED.

        Signed:    EMMET G. SULLIVAN
                         United States District Judge

        Dated:    May 5, 2008