UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frederick Banks, )
    Plaintiff, )
v. ) Civil Action No. 08-0018 (EGS)
Federal Bureau of Prisons, )
    Defendant )

RECEIVED
MAY 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REPLY IN OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER GRANTING PLAINTIFFS MOTION TO PROCEED IN FORMA PAUPERIS AND TO STAY PROCEEDINGS

Plaintiff Frederick Banks ("Banks") replies in opposition to the government motion captioned above and represents as follows:

Banks first demands strict proof that the suits he allegedly filed and received "strikes" on are his. Banks does not recall many of those suits, does not concede that strikes were or should have been assessed since many were dismissed before the defendants were served and dismissed without prejudice, a case dismissed without prejudice should not have received a strike.

Also, while Banks received just 12 education records were received from the BOP he knows for a fact that other records exist. For instance since Banks was a law library clerk there are records of his work reports yet the BOP did not furnish Banks with these education records. See Banks v. USA, 03-245 (WDPA) at Motion to Modify Sentence pursuant to 18 USC 3582(c)(2) at Exhibits. Since the BOP improperly withheld responsive records and did not perform an adequate search Banks is entitled to prosecute this suit. See Exhibit A.

Finally, Banks is a lawyer licensed to practice in a foreign state, an indian tribe and as such the US Attorney should have contacted him pursuant to the local rule concerning the motion. All in violation of Due Process. Const. Amend V.

Conclusion

Defendants motion should be denied

Respectfully Submitted
Frederick Banks
05711-068
PO Box 5000
Yazoo City, MS 39194
PLAINTIFF



U.S. Department of Justice

Federal Bureau of Prisons

*Southeast Regional Office*

---

Building 2000
3800 Camp Creek Parkway, SW
Atlanta, Georgia 30331-6226

April 28, 2008

Frederick Banks
Federal Register No. 05711-068
A10-031U
FCI Yazoo

RE:   Freedom of Information/Privacy Act Request No. 2008-05931

Dear Mr. Banks:

This is in response to your request for copies of your Federal Bureau of Prisons (BOP) records. Specifically, you have requested your Education records.   Staff have located 12 documents responsive to your request.

In accordance with the Freedom of Information Act, the Privacy Act, and Department of Justice regulations concerning the release of records, we have determined all pages are releasable to you in their entirety.  We trust this has been responsive to your request.

Sincerely,

Lisa M. Sunderman
Regional Counsel

Enclosures

Exhibit A

Certificate of Service

I hereby certify that on this 11th day of May, 2008 I served a true and correct copy of the foregoing by mail delivery upon the following:

Mercedeh Momeni, AUSA
555 4th St. N.W.
Civil Division
Washington, DC 20530

*Frederick Banks*
Frederick Banks