**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FREDERICK BANKS, | ) | |
| | ) | |
| *Pro Se* Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0018 (EGS) |
| | ) | ECF |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR**
**RECONSIDERATION OF ORDER GRANTING PLAINTIFF'S MOTION**
**TO PROCEED *IN FORMA PAUPERIS* AND TO STAY PROCEEDINGS**

Defendant, Federal Bureau of Prisons, has moved pursuant to Fed. R. Civ. P. 54(b), to

vacate that portion of the Court's February 27, 2008 Order that granted Plaintiff *in forma*

*pauperis* ("IFP") status ("Motion").  *See* USDC Pacer Doc. No. 11.  Via the same document,

Defendant also moved to stay the proceedings, including the filing of a response to Plaintiff's

Complaint, pending the resolution of this Motion.  *Id.*

On May 6, 2008, the Court issued a *Fox/Neal* Order, instructing Plaintiff to respond to

Defendant's Motion by June 6, 2008, or the Motion may deem the motion as conceded.  *See*

USDC Pacer Doc. No. 12.  Although Plaintiff filed a document on May 19, 2008, titled

"Plaintiff's Reply to Orders Entered 5/5/08, 5/6/08 . . ." (*see* USDC Pacer Doc. No. 14), he

wholly fails to address the substantive arguments made by Defendant.  Plaintiff's "reply",

neither negates Defendant's assertions about his ineligibility to obtain *in forma pauperis* status,

pursuant to 28 U.S.C. § 1915(g), nor does he attempt to object to Defendant's request to stay the

proceedings.  Accordingly Defendant's Motion should be granted.

## CONCLUSION

For the reasons set forth in Defendant's Motion, and given the lack of any substantive opposition by Plaintiff, Defendant respectfully requests that the Court enter judgment in its favor.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C.  20530

*Of Counsel*
Van Vandivier
Senior Litigation Counsel
Bureau of Prisons
3800 Camp Creek Parkway, SW
Atlanta, GA  30331

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 3rd day of June, 2008, the foregoing *Reply in Support*

*of Motion to Reconsider and to Stay*, were served on Plaintiff, *pro se*, by first class mail, postage

prepaid, addressed as follows:


**Frederick Banks**
#05711-068
FCC Yazoo City (Low)
P.O. Box 5000Yazoo City, MS 39194


_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C.  20530

1