UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK BANKS, )<br>)<br>Plaintiff, )<br>)<br>v.     )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. ) | Civil Action No.  08-0018  (EGS) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Reconsideration and to Stay Proceedings [Dkt. #11] is GRANTED.  It is further

ORDERED that the Order granting plaintiff's application to proceed *in forma pauperis* [Dkt. #6] is VACATED, and that plaintiff's *in forma pauperis* status is REVOKED.   It is further

ORDERED that all proceedings in this civil action are STAYED for 30 days after the date of entry of this Order.  Within this 30-day period, plaintiff shall pay in full to the Clerk of Court the $350 filing fee.  If plaintiff fails to make such payment timely, the Court will dismiss this civil action without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Signed:    EMMET G. SULLIVAN
           United States District Judge

Dated:     June 10, 2008