UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK BANKS,          )<br>                           )<br>    Plaintiff,         )<br>                           )<br>    v.                     )<br>                           )<br>FEDERAL BUREAU OF PRISONS, )<br>                           )<br>    Defendant.         )  | Civil Action No. 08-0018 (EGS) |

## ORDER

In its June 10, 2008 Order, the Court revoked plaintiff's *in forma pauperis* status and ordered him to pay in full to the Clerk of Court the $350 filing fee within 30 days. Plaintiff has failed to make such payment timely, and, as the Order advised, the Court will dismiss this civil action.

Accordingly, it is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed:       EMMET G. SULLIVAN
              United States District Judge

Dated:        July 25, 2008